John F. McCarthy, Appellant, *v.* Reichsbank, Respondent.

Argued November 20, 1940; decided December 31, 1940.

*Otto C. Sommerich, Maxwell C. Katz* and *Henry I. Fillman* for appellant.

*Harold R. Topken* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.